B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 21-40232-drd13 |
| William Ronald Kendrick ) | |
| Irene Clarissa Kendrick ) | |
| ) | Chapter 13 |
| Debtors, ) | |
| ) | |
| U.S. Bank Trust National Association, ) | **TRANSFER OF CLAIM** |
| not in its individual capacity but solely as ) | |
| trustee of LB-Cabana Series IV Trust ) | |
| ) | |
| Creditor, ) | |
| ) | |

## **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of LB-Cabana Series IV Trust | U.S. Bank Trust National Association, as Trustee of LB - Igloo Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct #: 2508

Court Claim # (if known): 25
Amount of Claim: $157,769.39
Date Claim Filed:

Phone Number: 888-504-6700
Last Four Digits of Acct. #: 2508

Name and Address where transferee payments should be sent (if different from above):
Rushmore Loan Management Services, LLC
P.O. Box 52708

1                                                                                          MS 161434.414397

B 2100A (Form 2100A) (12/15)

Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct #: 2508

I declare under penalty of perjury that the information provided in this notice is true and

correct to the best of my knowledge and belief.

Dated July 26, 2021

        Respectfully Submitted,
        Millsap & Singer, LLC

        */s/ Stewart C. Bogart*
        Cynthia M. Kern Woolverton, #47698
        Stewart C. Bogart, #67956
        Christopher D. Lee, #63024
        Attorneys for Movant
        612 Spirit Drive
        St. Louis, MO
        Telephone: (636) 537-0110
        Facsimile: (636) 537-0067
        bkty@msfirm.com

        Attorneys for U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of LB-Cabana Series IV Trust

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 2100A (Form 2100A) (12/15)

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on July 26, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

*/s/ Stewart C. Bogart*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Tracy L. Robinson
    admin@tlrlaw.com

    Richard Fink
    ecfincdocs@WDMO13.com

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    NONE